IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pugh, Ruth

Printed: 12/13/07

Case Number: 04 B 25183
Judge: Wedoff, Eugene R
Filed: 7/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 6, 2007
Confirmed: August 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,480.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,727.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,405.20 |
| Trustee Fee: |  | 346.89 |
| Other Funds: |  | 0.00 |
| Totals: | 6,480.00 | 6,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,405.20 | 1,405.20 |
| 2. | Capital One | Unsecured | 90.96 | 165.51 |
| 3. | Capital One | Unsecured | 260.77 | 474.45 |
| 4. | RoundUp Funding LLC | Unsecured | 1,219.66 | 2,219.34 |
| 5. | Discover Financial Services | Unsecured | 1,026.89 | 1,868.61 |
| 6. | Community Bank | Secured |  | No Claim Filed |
| 7. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 8. | Value City | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,003.48 | $ 6,133.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 82.32 |
| 4% | 11.25 |
| 3% | 8.35 |
| 5.5% | 126.92 |
| 5% | 26.99 |
| 4.8% | 51.85 |
| 5.4% | 39.21 |
|  | $ 346.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pugh, Ruth | Case Number: 04 B 25183 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 7/6/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_